UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                      CASE NO.: 1-17-45121-cec
                                            CHAPTER 11
Rene Guzman,

        Debtor.

---

### NOTICE OF APPERANCE AND REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michael Samuels, Esq.**
**RAS BORISKIN LLC**
**900 MERCHANTS CONCOURSE**
**WESTBURY, NY 11590**

Dated: October 9, 2017
Westbury, NY

                              RAS BORISKIN, LLC
                              Attorney for Secured Creditor
                              900 Merchants Concourse
                              Westbury, NY 11590
                              Phone: (516) 280-7675
                              Fax:   (516) 280-7674

                              By: /s/ Michael Samuels
                              Michael Samuels, Esquire
                              Email: msamuels@rasboriskin.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2017, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and United States Mail to the following parties:

NORMA E. ORTIZ, ESQ.
32-72 STEINWAY STREET
SUITE 402
ASTORIA, NY  11103

RENE GUZMAN
6907 JUNIPER STREET, APT. 1
MIDDLE VILLAGE, NY  11379

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

Dated: October 9, 2017
Westbury, NY

                                                    RAS BORISKIN, LLC
                                                    Attorney for Secured Creditor
                                                    900 Merchants Concourse
                                                    Westbury, NY 11590
                                                    Phone: (516) 280-7675
                                                    Fax:   (516) 280-7674

                                                    By: /s/ Michael Samuels
                                                    Michael Samuels, Esquire
                                                    Email: msamuels@rasboriskin.com