UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                      CHAPTER 11

    Rene Guzman,                                                **NOTICE OF APPEARANCE**

                 Debtor.                                 Case No.: 17-45121-cec
-----------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
         October 10, 2017

                                      Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                      By:/s/Elizabeth Doyaga
                                      Elizabeth L. Doyaga, Esq.
                                      53 Gibson Street
                                      Bay Shore, New York 11706
                                      (631) 969-3100
                                      Our File No.:01-086268-B00

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE:                                                              CASE NO.: 17-45121-cec

    Rene Guzman,                                                    CHAPTER 11

                                Debtor.                             Judge: Carla E. Craig
----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Paul Styslowsky, do certify that on October 11, 2017, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Norma E. Ortiz, Esq.
Attorney for the debtor
email@ortizandortiz.com

I, Paul Styslowsky, further certify that on October 11, 2017, I mailed the within Notice of Appearance to the U.S. Trustee in the above captioned case as follows:

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500

                 S/ Paul Styslowsky
                 Paul Styslowsky