UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

| | |
|---|---|
| RENE GUZMAN | Case No. 17-45121 (cec) |
| Debtor. | Chapter 11 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Norma E. Ortiz, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On December 19, 2017, I served a copy of the following document(s) to the individuals and entities list on the annexed service list by either first class mail or electronic mail:

## LOSS MITIGATION REQUEST BY DEBTOR

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: December 1, 2017
      Astoria, New York

                                                                                                  */s/Martha de Jesus*
                                                                                                  Martha de Jesus

In re RENE GUZMAN, Chapter 11 Case No. 17-45121-cec
Service List

| Creditor | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| Amy Bower, Loss Mitigation Specialist<br>BSI Financial Services<br>1425 Greenway Drive, Ste. 400<br>Irving, TX 75038 | MAIL | | MAIL |
| | MAIL | | |