**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE:                                              Case No. 17-45121-CEC
                                                                       Chapter 11

RENE GUZMAN

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB** [1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

                             **Margaret J. Cascino, Esquire**
                                 **Stern & Eisenberg, PC**
                        **485 B Route 1 South, Suite 330**
                          **Woodbridge Corporate Center**
                                    **Iselin, NJ 08830**

Dated this 8th day of March, 2018.

                                             By:   */s/ Margaret J. Cascino, Esquire*
                                                      Margaret J. Cascino, Esquire
                                                      Stern & Eisenberg, PC
                                                      485 B Route 1 South, Suite 330
                                                      Woodbridge Corporate Center
                                                      Iselin, NJ 08830
                                                      Phone: (516) 630-0288
                                                      Fax: (732) 726-8719
                                                      mcascino@sterneisenberg.com
                                                      Attorney for Creditor

---

1   Full title of Creditor is as follows: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Trustee for Brougham Fund I Trust.
2   This Loan is currently serviced by BSI Financial Services.
3   For reference, the property address associated with the undersigned's representation is 6907 JUNIPER BOULEVARD SOUTH, MIDDLE VILLAGE, NY 11379.

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY, under the penalty of perjury, that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 27th day of February, 2018, to the following:

Norma E Ortiz, Esq.
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103
email@ortizandortiz.com
*Attorney for Debtor(s)*

Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Rene Guzman
6907 Juniper Street
Apt. 1
Middle Village, NY 11379
*Debtor(s)*

Dated this 8th day of March, 2018.

         By: */s/ Margaret J. Cascino, Esquire*
            Margaret J. Cascino, Esquire
            Stern & Eisenberg, PC
            485 B Route 1 South, Suite 330
            Woodbridge Corporate Center
            Iselin, NJ 08830
            Phone: (516) 630-0288
            Fax: (732) 726-8719
            mcascino@sterneisenberg.com
            Attorney for Creditor