## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re **Rene Guzman**

_____

**Debtor(s)**

Case No. **17-45121-cec**

Reporting Period: **10/4/2017 - 12/31/2018**

Social Security # _____ **2777** _____
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date **01/25/2019**

Signature of Joint Debtor _____    Date _____

In re **Rene Guzman**                                    Case No.  **17-45121-cec**
       Debtor                              Reporting Period:  **10/4/2017 - 12/31/2018**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

|  | December  2018 | 10/4/2017 - 12/31/2018 |
|---|---|---|
|  | Actual | Actual |
| **Cash - Beginning of Month** | **49,836.05** | 100.00 |
| **RECEIPTS** |  |  |
| Rental Income - Wages (Net) | 9,590.00 | 159,935.00 |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| **IRS Income tax refund** | - | 5,492.00 |
| Other Income *(attach schedule)* | 6,000.00 | 86,651.76 |
| **Total Receipts** | **15,590.00** | **252,078.76** |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 9,634.19 | 144,185.42 |
| Rental Payment(s) | - | - |
| **Other Secured Note Payments** | - | - |
| Utilities | 1,180.00 | 20,455.94 |
| Insurance | 762.29 | 12,215.98 |
| Auto Expense | 514.88 | 4,350.98 |
| Lease Payments | - | - |
| Telephone Exp | - | 1,127.75 |
| Repairs and Maintenance | 362.55 | 4,528.16 |
| Medical Expenses | - | - |
| Food, Clothing, Hygiene | 1,517.90 | 6,925.23 |
| Charitable Contributions | - | - |
| Alimony and Child Support Payments,childcare | - | - |
| Taxes - Real Estate | - | - |
| Taxes - Personal Property | - | - |
| Taxes - Other *(attach schedule)* | - | 161.63 |
| Travel and Entertainment | - | - |
| Bank fee, checkbook order,internet | - | 11.95 |
| Other, computer, internet, office supplies, personal | - | 4,746.48 |
| **Total Ordinary Disbursements** | **13,971.81** | **198,709.52** |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees - Tax Collections,legal transcripts | - | 765.55 |
| U. S. Trustee Fees | 650.00 | 1,899.45 |
| Other Reorganization Expenses *(attach schedule)* | - |  |
| **Total Reorganization Items** |  |  |
|  |  |  |
| **Total Disbursements**  *(Ordinary  +  Reorganization)* | **14,621.81** | **201,374.52** |
|  |  |  |
| **Net Cash Flow**  *(Total Receipts  -  Total Disbursements)* | 968.19 | 50,704.24 |
|  |  |  |
| **Cash - End of Month**   *(Must equal reconciled bank statement)* | **50,804.24** | **50,804.24** |

In re **Rene Guzman**                                   Case No.   **17-45121-cec**
_____                Reporting Period:   **10/4/2017 - 12/31/2018**
        **Debtor**

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rental Income | | |
| 1 Yale Rd | 2,600.00 | 39,000.00 |
| 162-26 144 Ave Sprin | 1,590.00 | 37,185.00 |
| 69-07 Juniper | 4,400.00 | 53,350.00 |
| 8357 Daniel St | 1,000.00 | 30,400.00 |
| | | |
| | | |
| **Other Taxes** | | |
| NYS DFT TAX | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Computer internet expenses | | |
| Office supplies | | |
| IPY Goldfish - personal | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re **Rene Guzman**　　　　　　　　Case No. **17-45121-cec**

　　**Debtor**　　　　　　　Reporting Period: **10/4/2017 - 12/31/2018**

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
|  | # | # | # | # |
| **BALANCE PER BOOKS** | $50,804.24 | | | |
|  | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
|  | | | | |
| **ADJUSTED BANK BALANCE *** | $50,804.24 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  | | | | |
|  | | | | |
|  | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |

**OTHER**

In re **Rene Guzman** _____    Case No. **17-45121-cec**

      Debtor    Reporting Period: **10/4/2017 - 12/31/20**

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL DISBURSMENTS** |  |  |  |
|  |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | PAYEE | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| **63401 · Mortgage Payments** | | | | |
| 12/13/2018 | OCWEN LOAN SERVICING | 8357 DANIEL ST | 2,135.18 | |
| 12/14/2018 | NEWPENNFIN-SHELL | 1 YALE ROAD | 2,485.31 | |
| 12/17/2018 | PORTFOLIO SPS | 162-26 144 AVE | 2,081.70 | |
| 12/21/2018 | MORTGAGE | 69-07 JUNIPER | 2,932.00 | |
| Total 63401 · Mortgage Payments | | | 9,634.19 | |
| **60200 · Automobile Expense** | | | | |
| 12/03/2018 | BJS FUEL | PERSONAL | 39.04 | |
| 12/05/2018 | NEW YORK STATE DMV | PERSONAL | 158.50 | |
| 12/14/2018 | NYC DEPT OF FINANCE | PERSONAL | 50.00 | |
| 12/17/2018 | BJS FUEL | PERSONAL | 50.59 | |
| 12/17/2018 | MTATB REBILL | PERSONAL | 25.00 | |
| 12/18/2018 | NYCDOT PARKNY | PERSONAL | 25.00 | |
| 12/24/2018 | 39 GAS CORP | PERSONAL | 24.98 | |
| 12/26/2018 | 39 GAS CORP | PERSONAL | 25.15 | |
| 12/26/2018 | MTATB REBILL | PERSONAL | 25.00 | |
| 12/31/2018 | BJS FUEL | PERSONAL | 45.21 | |
| 12/31/2018 | MTATB REBILL | PERSONAL | 25.00 | |
| 12/31/2018 | GULF | PERSONAL | 21.41 | |
| Total 60200 · Automobile Expense | | | 514.88 | |
| **63300 · Insurance Expense** | | | | |
| 12/06/2018 | HAP INS | PERSONAL | 25.35 | |
| 12/11/2018 | ALLSTATE LIFE NY | PERSONAL | 110.00 | |
| 12/13/2018 | ALLSTATE LIFE NY | PERSONAL | 30.19 | |

In re **Rene Guzman**                                              Case No.   **17-45121-cec**

Debtor                                    Reporting Period:  **10/4/2017 - 12/31/20**

| | | | | | |
|---|---|---|---|---:|---|
| | 12/26/2018 | ALLSTATE LIFE NY | PERSONAL | 180.00 | |
| | 12/26/2018 | ALLSTATE LIFE NY | PERSONAL | 120.00 | |
| | 12/31/2018 | ALLSTATE INS | PERSONAL | 296.75 | |
| Total 63300 · Insurance Expense | | | | 762.29 | |
| **66700 · Trustee Fees** | | | | | |
| | 12/21/2018 | TRUSTEE | PERSONAL | 650.00 | |
| Total 66700 · Trustee Fees | | | | 650.00 | |
| **67200 · Repairs and Maintenance** | | | | | |
| | 12/03/2018 | CHOICE HOME WARRANTY | PERSONAL | 45.00 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 32.57 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 14.14 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 14.14 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 14.14 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 10.99 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 10.99 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 10.99 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 8.69 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 8.69 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 8.69 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 7.48 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 7.48 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 7.48 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 6.52 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 6.52 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 6.52 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 6.50 | |
| | 12/04/2018 | HOME SERVICE | PERSONAL | 8.67 | |
| | 12/10/2018 | HOME SERVICE | PERSONAL | 6.99 | |
| | 12/18/2018 | HOME SERVICE | PERSONAL | 16.31 | |
| | 12/18/2018 | HOME SERVICE | PERSONAL | 12.98 | |
| | 12/24/2018 | HOME SERVICE | PERSONAL | 6.06 | |
| | 12/24/2018 | HOME SERVICE | PERSONAL | 6.06 | |
| | 12/24/2018 | HOME SERVICE | PERSONAL | 6.06 | |
| | 12/26/2018 | HOME SERVICE | PERSONAL | 34.38 | |
| | 12/31/2018 | HOME SERVICE | PERSONAL | 37.51 | |
| Total 67200 · Repairs and Maintenance | | | | 362.55 | |
| **68000 · Food, Clothing, Hygiene** | | | | | |
| | 12/03/2018 | TRADE FAIR | PERSONAL | 206.25 | |
| | 12/03/2018 | IPY GOLDFISH | PERSONAL | 110.00 | |
| | 12/06/2018 | USPS | PERSONAL | 7.70 | |
| | 12/06/2018 | USPS | PERSONAL | 6.70 | |
| | 12/10/2018 | BJS WHOLESALE | PERSONAL | 93.05 | |
| | 12/14/2018 | TRADE FAIR | PERSONAL | 92.52 | |
| | 12/17/2018 | JETRO | PERSONAL | 282.58 | |
| | 12/17/2018 | HP INSTANT INK | PERSONAL | 11.97 | |
| | 12/24/2018 | TRADE FAIR | PERSONAL | 284.29 | |
| | 12/26/2018 | TRADE FAIR | PERSONAL | 40.59 | |
| | 12/31/2018 | BURLNGTON STORES | PERSONAL | 145.47 | |
| | 12/31/2018 | CARNICERIA HISPANO | PERSONAL | 131.76 | |
| | 12/31/2018 | TRADE FAIR | PERSONAL | 105.02 | |

In re **Rene Guzman**      Case No. **17-45121-cec**

**Debtor**     **Reporting Period:** **10/4/2017 - 12/31/2(**

| | | | | | |
|---|---|---|---|---|---|
| Total 68000 · Food, Clothing, Hygiene | | | | 1,517.90 | |
| **68600 · Utilities** | | | | | |
| | 12/06/2018 | NYC WATER BD | 8357 DANIEL ST | 286.36 | |
| | 12/06/2018 | NYC WATER BD | 69-07 JUNIPER | 280.00 | |
| | 12/06/2018 | NYC WATER BD | 162-26 144 AVE | 124.32 | |
| | 12/06/2018 | CON EDISON | 162-26 144 AVE | 107.97 | |
| | 12/06/2018 | CON EDISON | 69-07 JUNIPER | 82.92 | |
| | 12/06/2018 | CON EDISON | 8357 DANIEL ST | 70.46 | |
| | 12/10/2018 | NATIONAL GRID | 69-07 JUNIPER | 147.46 | |
| | 12/10/2018 | NATIONAL GRID | 162-26 144 AVE | 60.18 | |
| | 12/26/2018 | AMERICAN WATER | 1 YALE ROAD | 16.00 | |
| | 12/26/2018 | AMERICAN WATER | 1 YALE ROAD | 4.33 | |
| Total 68600 · Utilities | | | | 1,180.00 | |
| | | | | **14,621.81** | |
| | | | | | |
| | | | | | |
| | | | | | |

In re **Rene Guzman**                                    Case No. **17-45121-cec**

     **Debtor**                                    Reporting Period: **10/4/2017 - 12/31/2018**

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| **1 · Yale Road Merrick** | 400,000.00 | 400,000.00 |
| **162-26 · 144th Street** | 410,000.00 | 410,000.00 |
| **69-07 · Juniper Blvd S** | 570,000.00 | 570,000.00 |
| **83-57 · Daniels Street** | 490,000.00 | 490,000.00 |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | **$1,870,000.00** | **$1,870,000.00** |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | $0.00 | $0.00 |
| Bank Accounts | $50,804.24 | $350.34 |
| Security Deposits | | |
| Household Goods & Furnishings | $8,800.00 | $8,800.00 |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | $551.34 | $551.34 |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | $2,760.00 | $2,760.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | **$62,915.58** | **$12,461.68** |
| *TOTAL ASSETS* | **$1,932,915.58** | **$1,882,461.68** |

In re **Rene Guzman**                     Case No. **17-45121-cec**

    **Debtor**                     Reporting Period: **10/4/2017 - 12/31/2018**

| *LIABILITIES AND OWNER EQUITY* | | |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| 1  Amex | 152.00 | 152.00 |
| 4  Chase Card | 1,330.00 | 1,330.00 |
| 5  Chase Card 2 | 1,144.00 | 1,144.00 |
| 6  Citiibank LOC | 499.00 | 499.00 |
| 7  Mabt - Genesis Retail | 906.00 | 906.00 |
| 12 · TD Bank NA | 6,727.00 | 6,727.00 |
| | 10,758.00 | 10,758.00 |
| 3  Chase Auto Finance | 3,155.00 | 3,155.00 |
| | | |
| 8  Ocwen Loan Servicing | 580,665.00 | 580,665.00 |
| 11 · Shellpoint Mortgage Serv | 625,050.10 | 626,154.44 |
| 9 · Ocwen Loan | 205,677.39 | 205,677.39 |
| 10 · Select Portfolio Servicing | 643,107.00 | 643,107.00 |
| 2  BSI Financial Services | 1,044,287.45 | 1,044,287.45 |
| | 3,098,786.94 | 3,099,891.28 |
| | | |
| | | |

In re **Rene Guzman**
**Debtor**

Case No. **17-45121-cec**
Reporting Period: **10/4/2017 - 12/31/2018**

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re **Rene Guzman**

**Debtor**

Case No. **17-45121-cec**

Reporting Period: **10/4/2017 - 12/31/2018**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re **Rene Guzman**                                    Case No. **17-45121-cec**

Debtor                                    Reporting Period: **10/4/2017 - 12/31/2018**

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | x |
| 7 | Are any post petition real estate taxes past due? | | x |
| 8 | Are any other post petition taxes past due? | | x |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | x |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |



**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

RENE W GUZMAN
DIP CASE 17-45121 EDNY

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | |
| Primary Account #: | 84 |

## Chapter 11 Checking

RENE W GUZMAN
DIP CASE 17-45121 EDNY

Account #          84

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 49,836.05 | Average Collected Balance | 48,320.89 |
| Deposits | 9,590.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 6,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 5,717.18 | Days in Period | 31 |
| Electronic Payments | 8,904.63 | | |
| Ending Balance | 50,804.24 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEPOSIT | 1,590.00 SP |
| 12/24 | DEPOSIT | 2,000.00 J |
| 12/27 | DEPOSIT | 2,600.00 Y |
| 12/27 | DEPOSIT | 2,400.00 J |
| 12/31 | DEPOSIT | 1,000.00 D |
| | Subtotal: | 9,590.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | ACH DEPOSIT, ALLY BANK ZELLE ALLY BANK | 1,125.00 SP |
| 12/07 | ACH DEPOSIT, THOUSAND THINGS DIRECT DEP ****67639854LOU | 1,250.00 S |
| 12/14 | ACH DEPOSIT, THOUSAND THINGS DIRECT DEP ****47168116LOU | 1,250.00 S |
| 12/21 | ACH DEPOSIT, THOUSAND THINGS DIRECT DEP ****09098477LOU | 1,250.00 S |
| 12/31 | ACH DEPOSIT, ALLY BANK ZELLE ALLY BANK | 1,125.00 SP |
| | Subtotal: | 6,000.00 |

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/10 | 125 | 650.00 | 12/13 | 127 | 2,135.18 |
| 12/21 | 126 | 2,932.00 J | | | |
| | | | | Subtotal: | 5,717.18 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 50,804.24 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RENE W GUZMAN
DIP CASE 17-45121 EDNY

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | |
| Primary Account #: | ▉4 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT CARD PURCHASE, *****45193365588, AUT 120218 VISA DDA PUR<br>TRADE FAIR          EAST ELMHURST * NY | 206.25 |
| 12/03 | DEBIT CARD PAYMENT, *****45193365588, AUT 120118 VISA DDA PUR<br>IPY GOLDFISH GARDEN CITY  516 2675120  * NY | 110.00 |
| 12/03 | DEBIT CARD PURCHASE, *****45193365588, AUT 113018 VISA DDA PUR<br>CHOICE HOME WARRANTY      888 5315403  * NJ | 45.00 |
| 12/03 | DEBIT POS, *****45193365588, AUT 120318 DDA PURCHASE<br>BJS FUEL 9136 100 MILLE   FREEPORT     * NY | 39.04 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69566237 | 32.57 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69579160 | 14.14 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69579240 | 14.14 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69579320 | 14.14 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69580767 | 10.99 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69580838 | 10.99 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69580927 | 10.99 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69574860 | 8.69 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69575050 | 8.69 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69575220 | 8.69 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 60597219 | 8.67 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 75259697 | 7.48 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 75270638 | 7.48 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 75270834 | 7.48 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69577374 | 6.52 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69577383 | 6.52 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 69577409 | 6.52 |
| 12/04 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 60597139 | 6.50 |
| 12/05 | DEBIT CARD PURCHASE, *****45193365588, AUT 120418 VISA DDA PUR<br>NEW YORK STATE DMV      518 4740904  * NY | 158.50 |
| 12/06 | ELECTRONIC PMT-WEB, NYC WATER BD/DEP WATER&SWR ****5329120418 | 286.36 |
| 12/06 | ELECTRONIC PMT-WEB, NYC WATER BD/DEP WATER&SWR ****5332120418 | 280.00 |
| 12/06 | ELECTRONIC PMT-WEB, NYC WATER BD/DEP WATER&SWR ****5335120418 | 124.32 |
| 12/06 | ACH DEBIT, CON ED OF NY INTELL CK ****23096650067 | 107.97 |
| 12/06 | ACH DEBIT, CON ED OF NY INTELL CK ****98624730030 | 82.92 |
| 12/06 | ACH DEBIT, CON ED OF NY INTELL CK ****11716444013 | 70.46 |
| 12/06 | ACH DEBIT, HAP INS PREM 8775170555 | 25.35 |
| 12/06 | DEBIT POS, *****45193365588, AUT 120618 DDA PURCHASE<br>USPS PO 3 13869 QUEENS    JAMAICA     * NY | 7.70 |
| 12/06 | DEBIT POS, *****45193365588, AUT 120618 DDA PURCHASE<br>USPS PO 3 13869 QUEENS    JAMAICA     * NY | 6.70 |
| 12/10 | ELECTRONIC PMT-WEB, NATIONAL GRID NY UTILITYPAY ****4523113 | 147.46 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RENE W GUZMAN
DIP CASE 17-45121 EDNY

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | |
| Primary Account #: | ███████84 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | DEBIT POS, *****45193365588, AUT 120818 DDA PURCHASE<br>BJS WHOLESALE  0 13705 2   COLLEGE POINT * NY | 93.05 |
| 12/10 | ELECTRONIC PMT-WEB, NATIONAL GRID NY UTILITYPAY ****2585448 | 60.18 |
| 12/10 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 71377250 | 6.99 |
| 12/11 | ACH DEBIT, ALLSTATE LIFE NY CK4INSPYMT 03NCA17186 | 110.00 |
| 12/13 | ACH DEBIT, ALLSTATE LIFE NY CK4INSPYMT 03TC052328 | 30.19 |
| 12/14 | ELECTRONIC PMT-TEL, NEWPENNFIN-SHELL ACH PMT ****156824 | 2,485.31 |
| 12/14 | DEBIT CARD PURCHASE, *****45193365588, AUT 121318 VISA DDA PUR<br>TRADE FAIR  11      RICHMOND HILL * NY | 92.52 |
| 12/14 | ELECTRONIC PMT-WEB, NYC FINANCE PARKING TK ****34600107289 | 50.00 |
| 12/17 | ELECTRONIC PMT-WEB, SELECT PORTFOLIO SPS ****658942 | 2,081.70 |
| 12/17 | DEBIT CARD PURCHASE, *****45193365588, AUT 121518 VISA DDA PUR<br>JETRO CASH   CARRY      COLLEGE POINT * NY | 282.58 |
| 12/17 | DEBIT POS, *****45193365588, AUT 121518 DDA PURCHASE<br>BJS FUEL  9136 100 MILLE   FREEPORT    * NY | 50.59 |
| 12/17 | ACH DEBIT,  MTATB REBILL AC ACH TRAN *P-***361086 | 25.00 |
| 12/17 | DEBIT CARD PURCHASE, *****45193365588, AUT 121618 VISA DDA PUR<br>HP  INSTANT INK      855 785 2777 * CA | 11.97 |
| 12/18 | DEBIT CARD PURCHASE, *****45193365588, AUT 121718 VISA DDA PUR<br>NYCDOT PARKNYC      877 7275307  * NY | 25.00 |
| 12/18 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 66122909 | 16.31 |
| 12/18 | ELECTRONIC PMT-TEL, HOME SERVICE (US HMSERVEUSA 66122533 | 12.98 |
| 12/24 | DEBIT CARD PURCHASE, *****45193365588, AUT 122118 VISA DDA PUR<br>TRADE FAIR      EAST ELMHURST * NY | 284.29 |
| 12/24 | DEBIT CARD PURCHASE, *****45193365588, AUT 122218 VISA DDA PUR<br>39 GAS CORP      JAMAICA    * NY | 24.98 |
| 12/24 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 0513959 | 6.06 |
| 12/24 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 0513960 | 6.06 |
| 12/24 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 0513961 | 6.06 |
| 12/26 | ACH DEBIT, ALLSTATE LIFE NY CK4INSPYMT 03NCA24398 | 180.00 |
| 12/26 | ACH DEBIT, ALLSTATE LIFE NY CK4INSPYMT 03NCA23431 | 120.00 |
| 12/26 | DEBIT CARD PURCHASE, *****45193365588, AUT 122518 VISA DDA PUR<br>TRADE FAIR      EAST ELMHURST * NY | 40.59 |
| 12/26 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 7449826 | 34.38 |
| 12/26 | DEBIT CARD PURCHASE, *****45193365588, AUT 122418 VISA DDA PUR<br>39 GAS CORP      JAMAICA    * NY | 25.15 |
| 12/26 | ACH DEBIT,  MTATB REBILL AC ACH TRAN *P-***530569 | 25.00 |
| 12/26 | ACH DEBIT, AMERICAN WATER E 00141479 CUS****00001110 | 16.00 |
| 12/26 | ACH DEBIT, AMERICAN WATER E 00141479 CUS****00001110 | 4.33 |
| 12/31 | ACH DEBIT, ALLSTATE INS CO INS PREM ****00943910661 | 296.75 |
| 12/31 | DEBIT POS, *****45193365588, AUT 123118 DDA PURCHASE<br>BURLNGTON STORES329      GARDEN CITY * NY | 145.47 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RENE W GUZMAN
DIP CASE 17-45121 EDNY

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | |
| Primary Account #: | ▇▇▇84 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | DEBIT POS, *****45193365588, AUT 123018 DDA PURCHASE CARNICERIA HISPANO     JACKSON HEIGH * NY | 131.76 |
| 12/31 | DEBIT CARD PURCHASE, *****45193365588, AUT 123018 VISA DDA PUR TRADE FAIR     EAST ELMHURST * NY | 105.02 |
| 12/31 | DEBIT POS, *****45193365588, AUT 123018 DDA PURCHASE BJS FUEL 9136 100 MILLE   FREEPORT   * NY | 45.21 |
| 12/31 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 0968821 | 37.51 |
| 12/31 | ACH DEBIT,  MTATB REBILL AC ACH TRAN *P-***578866 | 25.00 |
| 12/31 | DEBIT CARD PURCHASE, *****45193365588, AUT 122818 VISA DDA PUR GULF          FLUSHING    * NY | 21.41 |
| | Subtotal: | 8,904.63 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 49,836.05 | 12/14 | 47,448.40 |
| 12/03 | 50,560.76 | 12/17 | 44,996.56 |
| 12/04 | 51,959.56 | 12/18 | 44,942.27 |
| 12/05 | 51,801.06 | 12/21 | 43,260.27 |
| 12/06 | 50,809.28 | 12/24 | 44,932.82 |
| 12/07 | 52,059.28 | 12/26 | 44,487.37 |
| 12/10 | 51,101.60 | 12/27 | 49,487.37 |
| 12/11 | 50,991.60 | 12/31 | 50,804.24 |
| 12/13 | 48,826.23 | | |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender