UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

RENE GUZMAN,                                                         Case No.  17-45121-cec

                                                    Chapter 11

                 Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING DEBTOR'S MOTION ~~F~~FOR *(CEC)* AN ORDER APPROVING A STIPULATION TO DISMISS CHAPTER 11 CASE BETWEEN DEBTOR AND OFFICE OF THE U.S. TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 ~~OR AN~~ *(CEC)*

Upon the Motion ("Motion") of Rene Guzman (the "Debtor") dated August 13, 2019, *[ECF No. 113] (CEC)* for the entry of an order, pursuant to 11 U.S.C. § 105 and Fed. Rules of Bankr. Proc. 3012 and 9019, approving the stipulation entered into between the Debtor and the Office of the U.S. Trustee to dismiss the Debtor's case; the Court having conducted a hearing; no opposition to the Motion having been filed; the Debtors having appeared by their counsel Ortiz & Ortiz, L.L.P.; due notice of the Motion having been given and sufficient cause appearing therefor, it is

**ORDERED**, that the Motion is granted, and the Debtor is authorized to enter into the stipulation annexed to the Motion as Exhibit A.



Dated: Brooklyn, New York
September 23, 2019

_____
**Carla E. Craig**
**United States Bankruptcy Judge**